



# MEMORANDUM OPINION

No. 04-10-00365-CR

**IN RE Jason MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
Phylis J. Speedlin, Justice
Rebecca Simmons, Justice

Delivered and Filed:  June 9, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On May 3, 2010, relator Jason Miears filed a petition for writ of mandamus, complaining of the trial court's failure to conduct a hearing with regard to his April 28, 2010 motion to dismiss his counsel. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.